NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,**
*Plaintiff-Appellant,*

v.

**ENTERGY NUCLEAR INDIAN POINT 2, LLC,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2010-5154, -5155, -5157

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2622 and 04-CV-033, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**ORDER**

Entergy Nuclear Indian Point 2, LLC moves to reform the caption, to adjust the briefing schedule, and to temporarily stay the briefing schedule. Consolidated Edison

Company of New York, Inc. moves for extensions of time to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to revise the official caption is granted to the extent that the revised official caption is reflected above.

(2) The remaining motions are granted in part. Consolidated Edison's opening brief, not to exceed 14,000 words, is due no later than February 14, 2011. The United States' opening brief, not to exceed 16,500 words, is due no later than 40 days of service of Consolidated Edison's opening brief. Entergy's opening brief, not to exceed 16,500 words, is due within 40 days of service of the United States' opening brief. Consolidated Edison's response/reply brief, not to exceed 14,000 words, is due within 40 days of service of Entergy's opening brief. The United States' reply brief, not to exceed 7,000 words, is due within 14 days of service of Consolidated Edison's response/reply brief. Entergy's reply brief, not to exceed 7,000 words, is due within 14 days of service of the United States' response/reply brief.

FOR THE COURT

__DEC 2 9 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Elaine J. Goldenberg, Esq.
Alexander D. Tomaszczuk, Esq.
Andrew P. Averbach, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2010

JAN HORBALY
CLERK